■ In the Matter of KING DAVIS, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [670 NYS2d 651] —Proceeding unanimously dismissed without costs *(see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Green, Pine, Callahan and Fallon, JJ.